# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TYLER RENWICK | * | CIVIL ACTION NO. 2:15-cv-02316 |
| VERSUS | * | JUDGE |
| PNK (LAKE CHARLES), LLC | * | MAGISTRATE KATHLEEN KAY |

## JOINT MOTION FOR ORDER OF DISMISSAL

Plaintiff, Intervenor, and Defendant PNK (Lake Charles), LLC represent that this matter has settled in full and the parties desire to dismiss this action with prejudice to the rights of each party, with each to bear its own cost.

Respectfully submitted,

BY: *s/Michael J. Mestayer*
MICHAEL J. MESTAYER
1100 Poydras Street, Suite 2785
New Orleans, LA 70163
Attorney for Plaintiff, Tyler Renwick

BY: *s/Po Fu Cheng*
PO FU CHENG
White and Williams, LLP
1650 Market Street, One Liberty Place
Suite 1800
Philadelphia, PA 19103-7395
Attorneys for Intervenor, Farmer's
Insurance Exchange

BY: *s/John E. McElligott, Jr.*
JOHN E. McELLIGOTT, JR., # 13822
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana 70502-2908
Attorneys for Defendant, PNK (Lake Charles), LLC d/b/a L'Auberge du Lac